IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES B. RIMMER,

      Appellant,

 v.                                                                    Case No.  5D17-3718

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed May 11, 2018

3.801 Appeal from the Circuit
Court for Brevard County,
Robin C. Lemonidis, Judge.

Charles B. Rimmer, Orlando, pro se.

No Appearance for Appellee.

PER CURIAM.

We affirm the trial court's order summarily denying the defendant's Motion for Correction of Jail Credit.  See Fla. R. Crim. P. 3.801. However, we remand for the trial court to correct a scrivener's error in the judgment and sentence in case number 2015-CF-52882, inasmuch as they incorrectly award 368, instead of 378, days of jail credit.

AFFIRMED; REMANDED FOR CORRECTION OF SCRIVENER'S ERROR.

COHEN, C.J., PALMER and LAMBERT, JJ., concur.